FILED
OCT 09 2026 DA
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

26-10780

Certificate Number: 00437-CAN-CC-041538240

00437-CAN-CC-041538240

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 8, 2026, at 1:27 o'clock PM MDT, KATIE GATES received from Black Hills Children's Ranch, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of California, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: October 8, 2026

By: /s/Martin Alcantar

Name: Martin Alcantar

Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).