MARK J. ROMEO (Bar # 112002)
LAW OFFICES OF MARK J. ROMEO, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Telephone: (415) 395-9315
Facsimile: (415) 288 9755
*mark@markromeolaw.com*

Attorneys for Creditor
FJM Private Mortgage Fund, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re KATIE ELIZABETH GATES,<br><br><br>Debtor.<br>_______________________________ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Bk. No. 26-10780 WJL13<br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE UNITED STATES BANKRUPTCY COURT, THE DEBTOR, THE TRUSTEE, ALL OTHER INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Bankruptcy Rule 2002, Creditor FJM Private Mortgage Fund, LLC appears in this action and requests that notice of all actions, proceedings and filings in this case be sent to the following address:

MARK J. ROMEO
LAW OFFICES OF MARK J. ROMEO, PC
1970 Broadway, Suite 1270
Oakland, CA 94612
Telephone: (415) 395-9315
Facsimile: (415) 288 9755
*mark@markromeolaw.com*

Dated: October 13, 2026

LAW OFFICES OF MARK J. ROMEO, PC

By/S/ *Mark J. Romeo*
MARK J. ROMEO

**PROOF OF SERVICE**

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to the within action; my business address is 1970 Broadway, Suite 1270, Oakland, CA 946121.

On October 13, 2026, I served the foregoing document(s) on the interested party(ies) in this action by placing ___ a true copy ___ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

_X_ I deposited such envelope(s) in the mail at Oakland, California.

___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.* **Exclusive of ECF Registrants-Served Via ECF**

**BY PERSONAL SERVICE**

___ Personally hand delivered said document(s) to addressee

__ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___ I caused said document(s) to be served by **Federal Express** for next-day delivery.

BY FACSIMILE

___ I faxed such document(s) to telephone number ________. A transaction report confirming a successful transmission was obtained.

**PARTY(IES) SERVED**:

**Debtor**
Katie Elizabeth Gates
18520 Lakeridge Circle
Hidden Valley Lake, CA 95467

**Debtor Attorneys**
n/a

**Chapter 13 Trustee**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

**U.S. Trustee**
Office of the United States Trustee
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

**DOCUMENTS SERVED**:

(1) REQUEST FOR NOTICE

_x_ (Federal) Under penalty of perjury, I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 13 2026, at Oakland, California.

| | |
|---|---|
| Mark Romeo | /S/ *Mark Romeo* |
| Type or Print Name | Signature |