United States Bankruptcy Court
Northern District of California

In re:
Katie Elizabeth Gates
Debtor

Case No. 26-10780-WJL
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0971-1 | User: admin | Page 1 of 1
Date Rcvd: Oct 28, 2026 | Form ID: PMT | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katie Elizabeth Gates, 18520 Lakeridge Circle, Hidden Valley Lake, CA 95467-8081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Mark J. Romeo | on behalf of Creditor FJM Private Mortgage Fund LLC romeolaw@msn.com |
| Martha G. Bronitsky | 13trustee@oak13.com trusteeCANB1B@ecf.epiqsystems.com |
| Office of the U.S. Trustee / SR | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 3

Form PMT

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | | |
|---|---|---|
| In Re: | Katie Elizabeth Gates<br>Debtor(s) | Case No.: 26−10780<br>Chapter: 13 |

## ORDER FOR PAYMENT OF FEES IN INSTALLMENTS

The above−named debtor(s) having filed application for permission to pay filing fees in this case in installments,
IT IS ORDERED that the debtor(s) pay fees as follows:

| | | |
|---|---|---|
| Initial Payment | $155.00 paid upon filing | |
| Second Installment | $53.00 on or before | 11/12/26 |
| Third Installment | $53.00 on or before | 12/14/26 |
| Final Installment | $52.00 on or before | 1/11/27 |

IT IS FURTHER ORDERED that all payments be made to the Clerk of the United States Bankruptcy Court at the address shown below, and that until filing fees are paid in full, the debtor(s) shall pay no money and shall transfer no property to his/her attorney, his/her attorney shall accept no money or property from debtor(s) for services in connection with this case.

IT IS FURTHER ORDERED that any objections or motions for changes in the above fee schedule must be filed with Clerk at the address below and will be scheduled for hearing before the undersigned Bankruptcy Judge.

IT IS FURTHER ORDERED that if the installment payments are not timely made, or the entire fee is not paid, in accordance with the terms of this order, this case shall be dismissed without further notice or hearing.

Dated: 10/13/26

By the Court:

William J. Lafferty
United States Bankruptcy Judge

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE MADE IN THE EXACT AMOUNTS. COURT FEES MAY BE PAID ONLINE USING A DEBIT CARD OR PAYPAL VIA PAY.GOV. PAYMENTS MAY ALSO BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS AND CASH ARE NOT ACCEPTED. PLEASE INCLUDE THE DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER WITH ALL PAYMENTS.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612